IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH G. JACOBS, | ) |
| Plaintiff, | ) Case No.: 3:21-cv-3255 |
| vs. | ) |
| BNSF RAILWAY COMPANY, JEFFREY WETTA, AND TOM ONDRIEZEK, | ) |
| Defendants. | ) |

**JOINT STIPULATION
FOR DISMISSAL
OF PLAINTIFF'S COMPLAINT**

**WHEREAS**, on February 1, 2022, Defendants filed a Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction (the "Motion") (ECF Dkt. 10).

**WHEREAS,** while such Motion was pending, Plaintiff advised Defendants through counsel that Plaintiff has decided to dismiss the above-referenced matter in lieu of responding to the presently pending Motion.

**WHEREAS**, pursuant to the parties' discussion in connection with said intent to dismiss the above-referenced matter, Plaintiff agrees and stipulates to: (i) dismiss without prejudice and with leave to re-file Count I of its Complaint (specifically, the claim arising under the Federal Employers' Liability Act (FELA); and (ii) dismiss with prejudice Count II of its Complaint (specifically, the claim arising under the Federal Railroad Safety Act (FRSA), which will dismiss with prejudice all claims and allegations arising under such Count II against each and all of the three named Defendants (Defendants BNSF, Jeffrey Wetta, and Tom Ondriezek);

**WHEREAS**, each party to bear its own fees and costs in connection with this above-referenced matter; and

**WHEREAS**, in light of Plaintiff's dismissal as set forth above, the above-referenced Motion (ECF Dkt. 10) can be dismissed as moot.

**ACCORDINGLY**, the parties therefore agree and stipulate to the Court entering the enclosed proposed order into the record dismissing the above-captioned matter in the manner described above.

February 14, 2022         By: /s/  John P. Kujawski
                              John P. Kujawski, #3128922
                              Harlan A. Harla, #6190824
                              1331 Park Plaza Drive, Suite 2
                              O'Fallon, Illinois 62269-1764
                              Telephone:  (618) 622-3600
                              Facsimile:  (618) 622-3700

                              **ATTORNEYS FOR PLAINTIFF**


February 14, 2022         By: /s/ Richard M. Tomich
                              Richard T. Sikes, IL #3128217
                              Richard M. Tomich, IL #6288659
                              KNIGHT NICASTRO MACKAY, LLC
                              200 West Adams, Suite 2445
                              Chicago, IL  60606
                              Telephone: 312-690-4778
                              Facsimile 816-396-6233
                              sikes@knightnicastro.com
                              tomich@knightnicastro.com

                              Tracey Holmes Donesky (#302727)
                              STINSON LLP
                              50 South Sixth Street, Suite 2600
                              Telephone:  (612) 335-1500
                              tracey.holmes@stinson.com

                              **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**
L.R. 5.3(C)

    I, Richard M. Tomich, attorney for Defendants, hereby certifies that a true and correct copy of the foregoing **Joint Stipulation for Dismissal** was served on these persons by the following means:

    __X__ CM/ECF
    _____ Hand Delivery
    _____ Mail
    _____ Overnight Delivery Service
    _____ Fax
    _____ Email

1. Clerk, U.S. District Court

2. John P. Kujawski, #3128922
   Harlan A. Harla, #6190824
   KUJAWSKI & ASSOCIATES, LLC
   1331 Park Plaza Drive, Suite 2
   O'Fallon, Illinois 62269-1764
   Telephone: (618) 622-3600
   Facsimile: (618) 622-3700
   ATTORNEYS FOR PLAINTIFF

DATED this 14th day of February, 2022

                                                    KNIGHT NICASTRO MACKAY, LLC

                                                    By:  /s/ Richard M. Tomich
                                                            *Attorneys for Defendants*