IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH G. JACOBS,        ) <br> ) <br> Plaintiff,    ) <br> ) <br> vs.                ) <br> ) <br> BNSF RAILWAY COMPANY,      ) <br> JEFFREY WETTA, AND TOM ONDRIEZEK, ) <br> ) <br> Defendants.   ) <br> ) | Case No.:  3:21-cv-3255 |

## ORDER FOR DISMISSAL

Having reviewed the Joint Stipulation of Dismissal submitted by the parties, **IT IS HEREBY ORDERED** that:

(1)    COUNT I of Plaintiff's Complaint is **Dismissed Without Prejudice** and with leave to re-file (specifically, the claim arising under the Federal Employers' Liability Act (FELA);

(2)    COUNT II of Plaintiff's Complaint is **Dismissed With Prejudice** (specifically, the claim arising under the Federal Railroad Safety Act (FRSA), which hereby dismisses with prejudice all claims and allegations arising under Count II against each and all of the three named Defendants (Defendants BNSF, Jeffrey Wetta, and Tom Ondriezek);

(3)    In light of the foregoing dismissal, Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF Dkt. 10) is **Dismissed As Moot**; and

4)    Each party to bear its own fees and costs in connection with this above-referenced matter.

5)    Any pending motions are DENIED as MOOT, any pending deadlines are TERMINATED, and any scheduled settings are VACATED.  This case is CLOSED.

s/*Sue E. Myerscough*

Sue E. Myerscough
United States District Judge